# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUNA, | 1:13-cv-00822-SAB-(PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 30, 2013. Plaintiff filed a motion seeking leave to proceed in forma pauperis.. However the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915. (ECF No. 2.) Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. **No extension of time will be granted without a showing of good cause**;

3. Within **sixty (60) days** of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint; and

1

1  4. **The failure to comply with this order will result in dismissal of this action,**
2  **without prejudice.**

IT IS SO ORDERED.

Dated:  **June 4, 2013**

UNITED STATES MAGISTRATE JUDGE