# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM LUNA, | Case No. 1:13-cv-00822-SAB (PC) |
|---|---|
| Plaintiff, | ORDER STRIKING PLAINTIFF'S UNSIGNED MOTION |
| v. | (ECF No. 8) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2013, Plaintiff filed an unsigned motion to extend time to file an in forma pauperis application and for the Court to order prison officials to give Plaintiff his legal documents. (ECF No. 8.)  The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 131(b). Accordingly,

IT IS HEREBY ORDERED that Plaintiff's unsigned motion is STRICKEN from the record, without prejudice to re-filing.

IT IS SO ORDERED.

Dated: **July 25, 2013**

UNITED STATES MAGISTRATE JUDGE