UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00822-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION RELATING TO FILING OF SECOND AND/OR THIRD AMENDED COMPLAINT<br><br>[ECF No. 29] |

　　　　Plaintiff William Luna is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 25, 2014, Plaintiff filed a second amended complaint following the Court's May 9, 2014, screening order.

　　　　On August 4, 2014, Plaintiff filed a motion relating to the filing of the second and/or third amended complaint. Plaintiff requests that following the Court's statutory screening of the second amended complaint, the Court dismiss any and all claims and/or defendants if he has not cured the deficiencies outlined in the Court's May 9, 2014, order.

///

///

///

///

1

Plaintiff is advised that the Court will conduct its statutory screening pursuant to 28 U.S.C. §1915A of Plaintiff's second amended complaint in due course and the Court will determine which, if any, claims are cognizable. Accordingly, Plaintiff's present motion requesting dismissal of certain claims and/or defendants for failure to state a cognizable claim for relief is premature and is DENIED on such basis.

IT IS SO ORDERED.

Dated: **August 21, 2014**

UNITED STATES MAGISTRATE JUDGE