**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LUNA,<br><br>       Plaintiff,<br><br>       v.<br><br>MATTHEW CATE, et al.,<br><br>       Defendants. | Case No.: 1:13-cv-00822-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 71] |

       Plaintiff William Luna is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action will proceed on Plaintiff's second amended complaint against Defendants G. Stratton, J. Crabtree, S. Pina, J.C. Musselman, A. Pacillas, B. Banks-Graves, J. Ortega, and L. Wallace for a due process violation.

       On November 11, 2015, Defendants filed a motion for summary judgment.  To date, Plaintiff has not filed an opposition and instead filed a notice of voluntary dismissal on April 21, 2016.  (ECF No. 71.)

       Defendants are HEREBY DIRECTED to file an opposition or statement of non-opposition to Plaintiff's motion within ten (10) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE

1