UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUNA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　Defendants. | No. 1:13-cv-00822-DAD-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING CASE<br><br>(Doc. Nos. 71 and 73) |

　　　　Plaintiff William Luna is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's second amended complaint in which he alleges a violation of his due process rights.  (Doc. No. 28.)  On November 11, 2015, defendants filed a motion for summary judgment.  (Doc. No. 57.)  On April 21, 2016, plaintiff filed a notice of voluntary dismissal without prejudice.  (Doc. No. 71.)  On April 27, 2016, the court issued an order directing defendants to file an opposition or statement of non-opposition to this notice, within ten days from service.  (Doc. No. 72.)  On April 29, 2016, defendants B. Banks-Graves, J. Crabtree, J.C. Musselman, J. Ortega, A. Pacillas, S. Pina, G. Stratton, and L. Wallace filed a statement of non-opposition to plaintiff's notice of voluntary dismissal without prejudice.  (Doc. No. 73.)

　　　　Federal Rule of Civil Procedure 41(a)(2) provides that after the opposing party files an answer or motion for summary judgment, "an action may be dismissed at the plaintiff's

request . . . by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). An action may also be dismissed by "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii).

Defendants B. Banks-Graves, J. Crabtree, J.C. Musselman, J. Ortega, A. Pacillas, S. Pina, G. Stratton, and L. Wallace have stated that they do not oppose plaintiff's request to voluntarily dismiss the action and also represent that they stipulate to such dismissal "[t]o the extent that Federal Rule of Civil Procedure 41 requires Defendants to stipulate to such dismissal." (Doc. No. 73, at 2.) The court considers dismissal of this action without prejudice to be proper.

Accordingly,

1. The instant action is dismissed without prejudice pursuant to plaintiff's notice of voluntary dismissal and defendants' statement of non-opposition thereto;
2. Defendant's motion for summary judgment (Doc. No. 57) is denied as having been rendered moot; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**May 4, 2016**__                           _____
                                                     UNITED STATES DISTRICT JUDGE